United States Bankruptcy Court
District of Arizona

In re:                                           Case No. 25-08919-BKM
SABRINA SUNIGA                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2                      User: admin                      Page 1 of 2
Date Rcvd: Sep 23, 2025              Form ID: 309A                 Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | SABRINA SUNIGA, 10906 W LOCUST LANE, AVONDALE, AZ 85323-8382 |
| tr | + | Dawn Marie Maguire, Chapter 7 Trustee, 10115 E. Bell Rd., Ste. 107, #619, Scottsdale, AZ 85260-2189 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: tom@cutlerltd.com | Sep 23 2025 22:58:00 | THOMAS ADAMS MCAVITY, Phoenix Fresh Start Bankruptcy Attorneys, 4131 Main Street, Skokie, IL 60076-2780 |
| tr | + | EDI: QDMMAGUIRE7 | Sep 24 2025 02:47:00 | Dawn Marie Maguire, Chapter 7 Trustee, 10115 E. Bell Rd., Ste. 107, #619, Scottsdale, AZ 85260-2189 |
| smg | | EDI: AZDEPREV.COM | Sep 24 2025 02:47:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 17891201 | + | EDI: AZDEPREV.COM | Sep 24 2025 02:47:00 | Arizona Department of Revenue, P.O. Box 52016, Phoenix AZ 85072-2016 |
| 17891202 | | EDI: BANKAMER | Sep 24 2025 02:47:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington DE 19886 |
| 17891203 | + | Email/Text: MSCHUMACHER@BANNERFCU.ORG | Sep 23 2025 22:59:00 | Banner FCU, Attn: Bankruptcy, 525 W Brown Road, Mesa AZ 85201-3202 |
| 17891204 | + | EDI: CAPITALONE.COM | Sep 24 2025 02:47:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City UT 84130-0285 |
| 17891205 | | EDI: DISCOVER | Sep 24 2025 02:47:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City UT 84130 |
| 17891206 | + | Email/Text: bankruptcy@guglielmolaw.com | Sep 23 2025 22:59:00 | Gugliemo & Assocciates, 3040 N. Campbell Avenue, Ste 100, Tucson AZ 85719-7317 |
| 17891207 | | EDI: IRS.COM | Sep 24 2025 02:47:00 | IRS, Central Insolvency Operations, PO Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dawn Marie Maguire | trusteemaguire@maguirelawaz.com Dmaguire2@Ecf.axosfs.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor SABRINA SUNIGA tom@cutlerltd.com documents@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

| | Information to identify the case: | | | | | |
|---|---|---|---|---|---|---|
| Debtor 1: | SABRINA SUNIGA | | | Social Security number or ITIN: | xxx–xx–4929 | |
| | First Name | Middle Name | Last Name | EIN: __–_____ | | |
| Debtor 2: (Spouse, if filing) | First Name | Middle Name | Last Name | Social Security number or ITIN: ____ EIN: __–_____ | | |
| United States Bankruptcy Court: | District of Arizona | | | Date case filed for chapter: | 7 | 9/22/25 |
| Case number: | 2:25–bk–08919–BKM | | | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | SABRINA SUNIGA | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 10906 W LOCUST LANE AVONDALE, AZ 85323–8382 | |
| 4. | **Debtor's attorney** Name and address | THOMAS ADAMS MCAVITY Phoenix Fresh Start Bankruptcy Attorneys 4131 Main Street Skokie, IL 60076–2780 | Contact phone 602–598–5075 Email: tom@cutlerltd.com |
| 5. | **Bankruptcy trustee** Name and address | Dawn Marie Maguire Chapter 7 Trustee 10115 E. Bell Rd. Ste. 107, #619 Scottsdale, AZ 85260 | Contact phone 480–207–1987 Email: trusteemaguire@maguirelawaz.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| 6. | **Bankruptcy clerk's office** | **U.S. Bankruptcy Court, Arizona** | Office Hours: |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | **230 North First Avenue, Suite 101 Phoenix, AZ 85003–1727** | 8:30 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (602) 682–4000<br>Date: 9/23/25 |

| 7. | **Meeting of creditors** | **October 28, 2025 at 09:30 AM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 814 770 7084, and Passcode 0484082455, OR call 1–602–892–0837** |

**For additional meeting information go to https://www.justice.gov/ust/moc**

| 8. | **Presumption of abuse** | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 12/29/25** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(6)(A): **70 Days from Case Filed Date.** |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|